BRODIE, J.

BLOOM, M.J.

ORIGINAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 07 2018 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Melvin L Williams

_____

_____
Plaintiff,

[Insert full name of plaintiff/prisoner]

CV 18-3496

Human

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

JURY DEMAND of my peers
YES ✓   NO ___

-against-

DTs Alberto Pizarro  U.S. Citizen
A.D.A Joseph Goldstein  U.S citizen

_____
_____
_____
_____

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

RECEIVED
JUN 07 2018
EDNY PRO SE OFFICE

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Melvin L Williams American U.S. Citizen

If you are incarcerated, provide the name of the facility and address:

Brooklyn Detention Complex
275 Atlantic Ave
Brooklyn NY 11201

Prisoner ID Number: 349-18-01593 without prejudice

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

**Alberto J Pizarro**
Full Name

~~PS~~ ~~Det~~ Detective Shield # 4954
Job Title

1 Police Plaza NY. NY 10038
Address

Defendant No. 2

**Joseph goldstein**
Full Name

Assistant District Attorney
Job Title

One Hogan Place
New York NY, 10013
Address

Defendant No. 3

_____
Full Name

_____
Job Title

_____

2

|                  |                |
|------------------|----------------|
|                  | Address        |
| Defendant No. 4  |                |
|                  | Full Name      |
|                  |                |
|                  | Job Title      |
|                  |                |
|                  |                |
|                  | Address        |
|                  |                |
| Defendant No. 5  |                |
|                  | Full Name      |
|                  |                |
|                  | Job Title      |
|                  |                |
|                  |                |
|                  | Address        |

## II.  Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _NYPD 28 precent Holding cells_

When did the events happen? (include approximate time and date) _2-23-18 At approximately 11:30 Pm_

3

**Facts: (what happened?)** Due to A warrantless unconstitutional search on February 23 2018 I was Arrested & Detained by N.Y.P.D. Dectieve Alberto J Pizarro around 10:50 pm. At Approximatelly 11:30 pm I was taken to the 28 precent & Placed in A holding cell. I was Not informed by law that I was being Recorded or that the state of the Art camera was eavesdropping on my conversation. Eaves dropping is illegal without A Persons consent Due to Penal law 250.00 & 250.05. On The 4th Amendment it speaks for itself.

**II.A.   Injuries.**   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

The injuries that occurr upon me was the Pain and suffering, depression, the unconstitional events that happen to me while in the costody of D.O.C. the disturbance of my emotions, the Rationalizing of Police misconduct and malicious Prosecution, and the separation of my family, and a unfair due process of law from the illegal evidence being submitted by ~~tooth~~ the Prosecutor.

4

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

The Relief I'm seeking is my constitutional guarantee And the Rights As an American citizen I want the illegal EAvesdropping (Audio tape) dismissed ξ (10 million silver Dollars) For the injury upon me And A dismissal of my case entirely

I declare under penalty of perjury that on _____ (date), I delivered this complaint to prison authorities at Brooklyn Detention complex (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5-22-18

M Williams
**Signature of Plaintiff**

Brooklyn Detention complex
**Name of Prison Facility or Address if not incarcerated**

275 Atlantic Ave
Brooklyn NY
11201
**Address**

349-18-01593
**Prisoner ID#**

rev. 12/1/2015

## INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT

Attached is a complaint form for filing an action under 42 U.S.C. § 1983. Observe the following instructions for completing the complaint:

1. **Caption:** It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate. You are required to furnish the correct name and address of each person so that service of process upon each defendant can be made.

2. **Contents:** The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, attach a separate sheet of 8 ½ by 11 paper to your complaint. You are required to state facts, such as the date and location of the events. You need not make legal arguments or cite to cases. The complaint must have an original (not photocopied) signature by each plaintiff. The complaint need not be notarized.

3. **Copies:** You must send the Court the original complaint and two exact copies (a complete set of three). You should keep another copy for your records. Copies can be xeroxed, handwritten or typewritten, but all copies must be identical to the original.

4. **Fee:** The filing fee is $400, payable to the Clerk of the Court, USDC, EDNY by certified check, bank check, personal check, money order or cash (if paying in person). If the filing fee is paid, the U.S. Marshal will not be directed to serve the defendants and plaintiff will be responsible for service of process on defendants. Service of the summons and complaint can be made by anyone over the age of 18 who is not a party to the action. See Fed. R. Civ. P. 4. If you are granted *in forma pauperis* status and are a prisoner, the filing fee is $350 and is payable in installments.

5. **Inability to Pay the Fee:** If you cannot pay the fee, you may apply to the Court to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C § 1915 by completing the attached form. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of the request to proceed *in forma pauperis*. If you are a prisoner, you must also complete the attached Prisoner Authorization form.

6. **Prison's Grievance Procedures:** Prisoners filing an action in federal court regarding prison conditions must first exhaust administrative procedures (such as the prison's grievance procedures). See 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies before filing your action in federal court.

When you have completed the forms, mail the original and 2 copies to the:

United States District Court
Eastern District of New York
225 Cadman Plaza East, Brooklyn, NY 11201
Attention: Pro Se Office

or

United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722
Attention: Pro Se Office

Keep this page and a copy of the complaint for your records. You may call 718-613-2665 in Brooklyn or 631-712-6060 in Central Islip if you have questions on how to file your complaint.

rev. 12/1/2015