```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELVIN L. WILLIAMS,

       Plaintiff,

-against-

DETECTIVE ALBERTO PIZARRO

       Defendant.

18-CV-05677 (VEC) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

    Per this Court's Order at ECF No. 60, Plaintiff had until December 23, 2020 to file a letter with the Court advising whether he has pages 1-3 and 14 to the end of the grand jury transcript in his possession and, if so, to explain why he has not provided copies of those pages to Defendant's counsel. To date, Plaintiff has not filed any such letter. **The Court will extend Plaintiff's time to file a letter with the above-referenced information until January 13, 2021.** Another failure on the part of the Plaintiff to file this letter will result in dismissal of this matter for failure to prosecute.

    **The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se plaintiff at the addresses below.**

Dated: December 28, 2020
       New York, New York

                                **SO ORDERED**.

                                _____
                                **KATHARINE H. PARKER**
                                **United States Magistrate Judge**

**Pro Se Plaintiff Address:**
**Melvin L. Williams**
**970 Prospect Avenue**
**Apt #5B**
**Bronx, NY 10459**

**Melvin L. Williams**
**c/o Parole Officer C. McQueen**
**Manhattan III Area Office**
**314 West 40th Street**
**New York, NY 10018**